

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2021

No. 04-21-00421-CV

**IN THE INTEREST OF J.C., J.V.C., AND J.P.C. III**, Children,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00604
Honorable Susan D. Reed, Judge Presiding

## O R D E R

On October 8, 2021, we ordered appellant to offer a reasonable explanation for filing a late notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (1997). Appellant timely responded and offered a reasonable explanation. *See Dimotsis v. State Farm Lloyds*, 966 S.W.2d 657, 658 (Tex. App.—San Antonio 1998, order). We therefore **grant** the motion for extension of time to file notice of appeal and **order** this appeal retained on the court's docket.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court